MICHAEL BAILEY
United States Attorney
District of Arizona
FRED A. COCIO
Assistant United States Attorney
State Bar No.: 019428
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: fred.cocio@usdoj.gov
Attorneys for Plaintiff

FILED

2020 FEB -5 PM 3: 41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-00406 TUC-FRZ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>      vs.<br><br>Lucio Martinez-Cruz,<br><br>             Defendant. | **I N D I C T M E N T**<br><br>Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1))<br><br>(Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about January 7, 2020, in the District of Arizona, to wit: at or near Lukeville, Lucio Martinez-Cruz, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Calexico, California, on or about June 14, 2019, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security

///

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:    February 5, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/ S /

FRED A. COCIO
Assistant United States Attorney